**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SHASHI MEHROTRA,<br><br>Plaintiff,<br><br>-against-<br><br>GENERAL ELECTRIC COMPANY,<br><br>Defendant. | X<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X | Case No.: 1:24-cv-01243-GTS-CFH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant GENERAL ELECTRIC COMPANY [1] and GE VERNOVA INC. ("GE Vernova"), by their counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully request an extension of time, through and including December 6, 2024 to respond to Plaintiff Shashi Mehrotra's Complaint, and in support thereof state:

1. On October 10, 2024, Plaintiff filed his Complaint in the United States District Court for the Northern District of New York, entitled *Shashi Mehrotra v. General Electric Company (GE),* Case No. 1:24-cv-01243-MAD-CFH.

2. General Electric Company was served via its registered agent, CT Corporation, on October 17, 2024. Plaintiff's affidavit of service filed with the Court (Docket Nos. 6 and 9) erroneously states that service was made on GE Vernova.

3. Although service was never made on GE Vernova, the undersigned counsel will accept service on GE Vernova's behalf as of today, October 29, 2024.

[1] Plaintiff erroneously named General Electric Company (GE) in his Complaint. In his summons, he named General Electric Company and GE Vernova, incorrectly asserting that General Electric Company is now GE Vernova. (*See* Docket No. 6.)

4. Pursuant to the Federal Rules of Civil Procedure, General Electric Company's response to Plaintiff's Complaint is currently due on November 7, 2024. By accepting service today, GE Vernova's response to the Complaint is currently due on November 19, 2024.

5. Defense counsel requires additional time to investigate and respond to the allegations and claims made by Plaintiff.

6. Accordingly, General Electric Company and GE Vernova respectfully request an extension of the deadline to respond to Plaintiff's Complaint, up to and including December 6, 2024.

7. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow GE Vernova and General Electric Company sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint and prepare an adequate response. This is the first request for an extension of time.

8. On October 25, 2024, defense counsel conferred with Plaintiff regarding the basis for this request and its need for an extension on behalf of General Electric Company to which he assented. On October 29, 2024, defense counsel followed up with Plaintiff to request the extension also on behalf of GE Vernova but have not heard back from him as of the date of this motion.

WHEREFORE, General Electric Company and GE Vernova respectfully request that this Court grant this Motion and Order that General Electric Company and GE Vernova be allowed an extension of time to respond to Plaintiff's Complaint, up to and including December 6, 2024.

Dated: October 30, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Alnisa Bell*

Alnisa Bell
SEYFARTH SHAW LLP
620 Eighth Avenue
32nd Floor
New York, New York 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

*Counsel for Defendants*
*General Electric Company and*
*GE Vernova Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2024, I electronically filed with the Clerk of Court the foregoing document UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT GENERAL ELECTRIC COMPANY and GE VERNOVA TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT using the CM/ECF system which will send notification of such filing(s) to all parties, including Plaintiff. I also emailed a copy of this Motion to Plaintiff via email to: shashimehro@gmail.com.

*/s/ Alnisa Bell*
Alnisa Bell
*Counsel for Defendants*
*General Electric Company and GE Vernova, Inc.*